IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC J. JACKSON,

    Plaintiff,

v.

STATE OF WISCONSIN DEPT. OF
CORRECTIONS, Agent JOSEPH VAN
ACKER #31203 and Supervisor DIANNE
BINK of Unit #312,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-235-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    5/25/10
Peter Oppeneer, Clerk of Court    Date